DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THEODORE PULLIAM,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3716

[February 28, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312011CF000166A.

Theodore Pulliam, Crawfordville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., GROSS and MAY, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***